UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 17 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Tyrone Julius,                          )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )       Civil Action No.   11 1823
                                        )
Judge Vince,                            )
                                        )
            Defendant.                  )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting).

Plaintiff, a District of Columbia resident, purports to sue a judge of the Superior Court of the District of Columbia for monetary damages exceeding $999 million. The cryptic "Complaint," consisting mostly of nonsensical racial statements, presents "the sort of patently insubstantial claim[]" that is subject to dismissal for want of subject matter jurisdiction. *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009); *see Caldwell v. Kagan*, 777 F. Supp.2d 177, 178 (D.D.C. 2011) ("A district court lacks subject matter jurisdiction when the complaint 'is patently insubstantial, presenting no federal question suitable for decision.' ") (*quoting Tooley*, 586 F.3d at 1009). A separate Order of dismissal accompanies this Memorandum Opinion.

United States District Judge

Date: October __13__, 2011